ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:26-mj-0040-AC |
|---|---|
| Plaintiff, | **UNITED STATES' NOTICE OF MOTION TO REVOKE RELEASE ORDER AND REQUEST FOR EXTENDED STAY FOR FULL BRIEFING** |
| v. | |
| CARLOS IVAN MENDOZA HERNANDEZ,, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jason Hitt, respectfully provides its notice of intent to move for the district court to stay and revoke the release order for defendant Carlos Ivan Mendoza Hernandez pursuant to 18 U.S.C. § 3145(a). The Order being appealed was entered on April 14, 2026, by Magistrate Judge Claire authorizing the pretrial release of defendant Mendoza Hernandez on a $50,000 unsecured bond where the Criminal Complaint charges Mendoza Hernandez with a crime of violence (assault of a federal officer using a deadly or dangerous weapon in violation of 18 U.S.C. § 111(b)). *See United States v. Mendoza*, Case No. 2:26-mj-0040-AC, ECF 1 (Complaint), 7 (Minutes of detention hearing).

///

///

///

///

Magistrate Judge Claire stayed her release order for 48 hours, until April 16, 2026, at 2 p.m.  The government will file its Memorandum of Points and Authorities in support of the motion to revoke by the stay deadline unless the assigned district court desires additional time and imposes an extended stay in order to provide for the parties to submit fuller briefing.

With the notice, the government respectfully requests that the assigned district court impose a longer stay and set a briefing schedule to provide additional time for the government to obtain the underlying transcript of the Court's detention hearing and ruling on an expedited basis, prepare full briefing for the *de novo* review, and otherwise perfect the record for the motion to revoke.

ERIC GRANT
United States Attorney

Dated:  April 14, 2026                    By:  /s/ *Jason Hitt*
                                               JASON HITT
                                               Assistant United States Attorney